**Dismiss and Opinion Filed May 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00383-CV**

**PENNY LOU ROBINS, Appellant**
**V.**
**MILTON EUGENE ROBINS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89336**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Nowell

Before the Court is appellant's motion for voluntary dismissal of the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.  *See id.*


220283f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PENNY LOU ROBINS, Appellant

No. 05-22-00383-CV      V.

MILTON EUGENE ROBINS,
Appellee

On Appeal from the 196th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 89336.
Opinion delivered by Justice Nowell,
Justices Partida-Kipness and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Milton Eugene Robins recover his costs, if any, of this appeal from appellant Penny Lou Robins.

Judgment entered this 5th day of May, 2022.